IRVING ROYAK, PETITIONER-RESPONDENT, v. GEORGE RYNAR T/A G. & L. DELICATESSEN, RESPONDENT-PETITIONER.

*Messrs. Gurry and Conlan* for the petitioner.

*Messrs. Balk and Jacobs* for the respondent.

April 1, 1963.   Denied.

EVERETT MEARS, PLAINTIFF-RESPONDENT, v. ECONOMY BRAKE SERVICE, INC., DEFENDANT-PETITIONER.

See same case below: 78 *N. J. Super.* 218.

*Messrs. Mead, Gleeson, Hansen and Pantages* and *Mr. Stanley G. Bedford* for the petitioner.

*Messrs. Zarrin and Yormark* and *Mr. Sheldon A. Weiss* for the respondent.

April 1, 1963.   Denied.